FILED

APR 15 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MANUEL PEREZ,<br><br>                Plaintiff(s),<br><br>       v.<br><br>MITCH MORROW, Superintendent,<br>Oregon State Correctional Institution,<br><br>               Defendant(s). | Civil No. 07-6334-PK<br><br>**ORDER** |

Based on the record,

IT IS ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal [47-1] is GRANTED and that this action is DISMISSED without prejudice.

Dated this 15 day of April, 2010.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge